IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 12-0465CCC

MICHAEL MERCADO-DIAZ

Defendant

**ORDER**

Having considered the Report and Recommendation filed on November 21, 2012 (**docket entry 30**) on a Rule 11 proceeding of defendant Michael Mercado-Díaz held before U.S. Magistrate Judge Marcos E. López on November 20, 2012, to which no objection has been filed, the same is APPROVED.   Accordingly, the plea of guilty of defendant is accepted.   The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 20, 2012.   The **sentencing hearing is set for February 26, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 13, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge